CHARLES REPKA, Appellant, *v.* FEDDERS MANUFACTUR-
ING COMPANY, Respondent.

(Argued March 12, 1934; decided April 17, 1934.)

*Harold J. Tillou* and *Jacob Weissfeld* for appellant.

*Philip A. Sullivan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.